UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

December 17, 2024

Mr. Mack Kelly Martin
Martin Law Office
125 Park Avenue, Fifth Floor
Oklahoma City, OK 73102-0000

Mr. Jeffrey R. Sandberg
Palmer Lehman Sandberg
8350 North Central Expressway, Suite 1111
Dallas, TX 75206

RE: 24-6138, 24-6208, In re: Contempt Proceedings Against Carpenter, et al
Dist/Ag docket: 5:24-MC-00005-HE-1, 5:14-FJ-00005-HE-1

Dear Counsel:

Supplemental Appendix Volumes 4 and 7 received in the subject case do not comply with the form requirements of 10th Cir. R. 30.1(D) (note that all form requirements also apply to supplemental appendices). Specifically:

- The bookmarks contained in Supplemental Appendix Volumes 4 and 7 do not adequately identify the pleadings. *See* 10th Cir. R. 25.3, 10th Cir. R. 30.1(D), and the 10th Circuit CM/ECF User's Manual at Section III G (page 19). Bookmarks should clearly identify the district court docket number, the pleading name, and the date of filing in the district court (for example: 10 Response to Motion: 2/10/2013).

You must file proper electronic Supplemental Appendix Volumes 4 and 7 within three days of the date of this notice. Do not file paper copies of your appendix and brief until the court has received the corrected electronic supplemental appendix and issued notice it is compliant.

The brief and appendix that were submitted with the supplemental appendix are acceptable for filing and will be filed upon receipt of the corrected supplemental appendix volumes 4 and 7.

The time to file a response brief will run from the date of service of appellants' corrected supplemental appendix (only Volumes 4 and 7).

If you fail to correct the stated deficiency within three days of the date of this letter, the deficient supplemental appendix will not be filed.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court


cc: Joseph H. Bocock
Jonathan Boothroyd
David McCrary
John Douglas Stiner


CMW/djd